**INTERNATIONAL GAMCO, INC.,**
Plaintiff/Counterclaim
Defendant–Appellee,

and

John Adams, Counterclaim
Defendant–Appellee,

and

Oasis Technologies, Inc., Counterclaim
Defendant–Appellee,

and

Scott Henneman, Counterclaim
Defendant–Appellee,

v.

**MULTIMEDIA GAMES, INC.,**
Defendant/Counterclaimant–
Appellant.

No. 2007–1034.

United States Court of Appeals,
Federal Circuit.

Jan. 17, 2007.

## ORDER

Order Vacated, See 2007 WL 419361.

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.